DOCKET NO. 134

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE PITTSBURGH & LAKE ERIE RAILROAD COMPANY SECURITIES & ANTITRUST LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
OCT 11 1973
PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER

The Panel having found, upon the basis of the papers submitted and the hearing held, that the actions listed on the attached Schedule A involve common questions of fact and that their transfer to the Eastern District of Pennsylvania would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS ORDERED that all actions on Schedule A pending in districts other than the Eastern District of Pennsylvania be, and the same hereby are, transferred to the Eastern District of Pennsylvania, and with the consent of that court, assigned to the Honorable James H. Gorbey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

A full opinion and order will be filed hereafter.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                               DOCKET NO. 134

### EASTERN DISTRICT OF PENNSYLVANIA

Mary S. Crowell, et al. v. The Pittsburgh                Civil Action
& Lake Erie Railroad Company, et al.                     No. 72-1408

Edward S. Bristol, et al. v. The Pittsburgh              Civil Action
& Lake Erie Railroad Company, et al.                     No. 72-2479

### DISTRICT OF NEW JERSEY

Edward S. Bristol v. The Pittsburgh &                    Civil Action
Lake Erie Railroad Company, et al.                       No. 1983-72

### DISTRICT OF CONNECTICUT

Edward S. Bristol, et al. v. The Pittsburgh              Civil Action
& Lake Erie Railroad Company, et al.                     No. 15,500

### NORTHERN DISTRICT OF OHIO

Edward S. Bristol, et al. v. The Pittsburgh              Civil Action
& Lake Erie Railroad Company, et al.                     No. C-72-1367

### EASTERN DISTRICT OF WISCONSIN

Edward S. Bristol, et al. v. The Pittsburgh              Civil Action
& Lake Erie Railroad Company, et al.                     No. 72-C-680

### SOUTHERN DISTRICT OF FLORIDA

Edward S. Bristol, et al. v. The Pittsburgh              Civil Action
& Lake Erie Railroad Company, et al.                     No. 72-2003-Civ-NCR

### NORTHERN DISTRICT OF CALIFORNIA

Edward S. Bristol, et. al. v. The Pittsburgh             Civil Action
& Lake Erie Railroad Company, et al.                     No. C-72-2300-SW